IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW CLAYTON LLOYD,

    Movant,

vs.                                                  Nos. CIV 16-0513 JB/WPL
                                                                      CR 07-2238 JB
                                                                      CR 08-3048 JB

UNITED STATES OF AMERICA,

    Respondent.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court, under rule 4(b) of the Rules Governing Section 2255 Proceedings, on the Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed May 31, 2016 (CIV 16-0513 JB/WPL, Doc. 1; CR 07-2238 JB, Doc. 52; CR 08-3048 JB, Doc. 9), as amended by the Amended Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. § 2255, filed June 24, 2016 (CIV 16-0513 JB/WPL, Doc. 3; CR 07-2238 JB, Doc. 55; CR 08-3048 JB, Doc. 12), and the Court having entered its Memorandum Opinion and Order dismissing the Motion.

**IT IS ORDERED** that final judgment is entered, and the Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed May 31, 2016 (CIV 16-0513 JB/WPL, Doc. 1; CR 07-2238 JB, Doc. 52; CR 08-3048 JB, Doc. 9), as amended by the Amended Motion to Vacate and Correct Sentence Pursuant to 28 U.S.C. § 2255, filed June 24, 2016 (CIV 16-0513 JB/WPL, Doc. 3; CR 07-2238 JB, Doc. 55; CR 08-3048 JB, Doc. 12), is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Devon Fooks
  Federal Public Defender
Federal Public Defender's Office
Albuquerque, New Mexico

    *Attorneys for the Movant*

Damon P. Martinez
  United States Attorney
Jack Burkhead
  Assistant United States Attorney
U.S. Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*